UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| IN RE TEVA SECURITIES LITIGATION | No. 3:17-cv-00558 (SRU) |
| THIS DOCUMENT RELATES TO: | No. 3:20-cv-588 (SRU) |
| | May 2, 2022 |

**STIPULATION OF DISMISSAL WITH PREJUDICE**

In accordance with Federal Rule of Civil Procedure 41(a)(1)(A)(ii), Plaintiff The Boeing Company Employee Retirement Plans Master Trust, and Defendants Teva Pharmaceutical Industries Ltd., Erez Vigodman, Eyal Desheh, Sigurdur Olafsson, Deborah Griffin, Kåre Schultz, Michael Mcclellan, and Yitzhak Peterburg, by and through their respective counsel of record, hereby stipulate to dismiss the above-captioned action with prejudice.

Dated: May 2, 2022

| | |
|---|---|
| **LABATON SUCHAROW LLP** | **KASOWITZ BENSON TORRES LLP** |
| */s/Michael P. Canty*_____ | */s/Sheron Korpus*_____ |
| Michael P. Canty | Sheron Korpus |
| 140 Broadway | 1633 Broadway |
| New York, New York 10005 | New York, New York 10019 |
| Tel.: (212) 907-0863 | Tel.: (212) 506-1969 |
| Fax: (212) 883-7063 | Fax: (212) 500-3469 |
| mcanty@labaton.com | skorpus@kasowitz.com |
| *Counsel for Plaintiff The Boeing Company Employee Retirement Plans Master Trust* | *Counsel for Defendants Teva Pharmaceutical Industries Ltd., Erez Vigodman, Eyal Desheh, Sigurdur Olafsson, Deborah Griffin, Kåre Schultz, Michael Mcclellan, and Yitzhak Peterburg* |